```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

         - against -

LOUIS TOMASETTA AND
EUGENE HOVANEC,

                      Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 10, 2012

10 Cr. 1205 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The trial against Defendants Louis Tomasetta and Eugene Hovanec ("Defendants") has been scheduled to start on January 23, 2012. On January 9, 2012, the Court disclosed to the parties that a scheduling conflict prevented the Court from holding trial between February 16, and February 24, 2012. Based on the Court's review of the matter, the Court believes that almost four weeks of trial should be more than sufficient to try this matter to conclusion. Nonetheless, since the parties had estimated that the trial would take six weeks, the Court suggested that the trial be delayed until February 27, 2012. While the Government requested that the trial be delayed, the Defendants requested that the trial go forward on January 23, 2012. Having heard argument from both sides on this issue, the Court has determined that the trial will proceed as planned on January 23, 2012.

The Court encourages both parties to expedite the trial in order to finish within the 17-day window between January 23, 2012 and February 15, 2012.[1] If the trial has not finished by February 15, 2012, however, we will break for a week and resume trial on February 27, 2012.

---

[1] The Court is closed on February 13, 2012 for Lincoln's Birthday.

1

The final pre-trial conference will go forward as scheduled on January 18, 2012, at 2:30 p.m., in Courtroom 20-C.

Dated: New York, New York
January 10, 2012

SO ORDERED

*Paul A. Crotty*

PAUL A. CROTTY
United States District Judge